AO91 (Rev. 8/01)   Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN       DISTRICT OF       TEXAS

UNITED STATES OF AMERICA  
V.  
**Jose Eduardo MORALES**  
US  

(Name and Address of Defendant)

CRIMINAL COMPLAINT

Case Number: L-15-PO6865

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **June 18, 2015** in **Webb** County, in the **Southern** District of **Texas** **Jose Eduardo MORALES** defendant(s), an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer.

in violation of Title(s) **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Furthermore, it is based on verbal statements by, Jose Eduardo MORALES, who admitted to being a citizen of Mexico, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States.  This illegal entry or attempted entry took place on June 18, 2015.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  
Signature of Complainant

Luis Rivera  
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 22, 2015                                                                 at   Laredo, Texas  
Date                                                                                       City and State

J. Hacker, U.S. Magistrate Judge  
Name and Title of Judicial Officer                                    Signature of Judicial Officer